## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

INA GROUP, LLC,

     Plaintiff,

        v.                           Case No.   1:21-cv-543

NATHUBHAI PATEL, et al.,                Judge Michael R. Barrett

     Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on September 13, 2021 (Doc. 5).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).   No objections to the Magistrate Judge's R&R (Doc. 5) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 5) of the Magistrate Judge is hereby **ADOPTED.**   Consistent with the recommendation by the Magistrate Judge, this matter is **REMANDED** to the Hamilton County, Ohio Court of Common Pleas. It is further **ORDERED** that the Court should certify pursuant to 28 U.S.C. § 1915(a) that an appeal of this Order adopting the Report and Recommendation would not be taken in good faith and therefore denies defendants leave to appeal in forma pauperis.

**IT IS SO ORDERED.**

                                */s/ Michael R. Barrett*
                              Michael R. Barrett, Judge
                              United States District Court